### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

EMSI, INC. d/b/a ENVIRONMENTAL : 
MANAGEMENT, INC., :

     Plaintiff, :

v. :

JOSEPH LEWIS, *et al.*, :

     Defendants, :

v. :

GARY CLARK, *et al.,* :

     Third Party Defendants. :

Case No. 2:23-cv-02593

Judge Sarah D. Morrison

### <u>AGREED PERMANENT INJUNCTION</u>

It is hereby ordered that Joseph Lewis, and those persons in active concert or participation with him who receive actual notice of this agreed permanent injunction, are enjoined and restrained from indirectly or directly possessing, using, sharing and/or disclosing EMSI, Inc. d/b/a Environmental Management's ("EMI") confidential information or trade secrets, including but not limited to, EMI's customer pricing, profit and cost information including EMI's price estimators and price calculators; information contained within and all copies of EMI's Formula Cheat Sheet & Pricing documents; information contained within and all copies of EMI's salesman's reports including all copies of EMI's Spring Ops Efficiency Trackers; all Job Costing Detail Reports for EMI sales representatives, Kris Miller, Jeff McKnight and Joseph Lewis including but not limited to job costing reports cr18-0313b all 20200624, cr18-0313b 29 joe lewis 20200120, cr18-0313b 29 joe lewis 20201023 and cr18-0313b 20 kris miller 20200120 ; information contained within

and all copies of EMI's Seasonal Snow Contracts, EMI's C.A.R.T. Training documents, EMI's

The Charles at Riggins Run 2021 Full Service Renewal; EMI's Crown Dealerships-2021 Multi-

Year Renewal; and Slater Realty – Bent Tree Apartments 5 Year Full Service Renewals.  For the

avoidance of doubt, Mr. Lewis shall be permitted to possess, use, disclose and/or share copies of

any documents that he generated and/or had in his possession prior to his employment with EMI.

Nothing in this injunction shall prohibit Mr. Lewis from engaging in lawful competition, using

general skills or knowledge acquired during his employment with EMI, or possessing or using

materials that were created by or belonged to him prior to such employment.


**IT IS SO ORDERED.**

_____11-20-25_____          _____
Date                                                                           JUDGE


Respectfully submitted,

/s/ Jolene S. Griffith_____                    joe3.lewis@gmail.com_____
John F. Marsh, Trial Attorney (0065345)              Joseph Lewis
Jolene S. Griffith (0084940)                                   4460 Hunters Bend
Bailey Cavalieri LLC                                             Powell, Ohio 43065
One Columbus                                                      Phone: (614) 702-9727
10 West Broad Street, Suite 2100                        Email: joe3.lewis@gmail.com
Columbus, Ohio 43215-3422
Phone: (614) 229-3230
Facsimile: (614) 221-0479                                    *Pro Se Defendant*
Email: jmarsh@baileycav.com
         jgriffith@baileycav.com

*Counsel for Plaintiff EMSI, Inc., d/b/a*
*Environmental Management, Inc. and Third-*
*Party Defendants Charles Snyder, Mark*
*Wehinger, and Gary Clark*